UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE R., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-01163-RLY-MG |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 18, 2022, the Magistrate Judge recommended that the Commissioner's decision denying *pro se* Plaintiff, Michelle R., disability insurance benefits and for supplemental security income be affirmed. Plaintiff objects on two grounds. Specifically, she argues the ALJ (1) erred in evaluating her subjective symptoms and (2) erred in crafting her residual functional capacity assessment. These issues were considered by the Magistrate Judge and were rejected in a thorough and well-reasoned Report and Recommendation. Accordingly, the court **OVERRULES** Plaintiff's Objection (Filing No. 21), **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 20), and **AFFIRMS** the decision of the Commissioner denying benefits. Judgment consistent with this order shall issue forthwith.

**SO ORDERED** this 30th day of September 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.